IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA L. JONES,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>        Defendant. | 8:12CV379<br><br>ORDER ON JOINT MOTION TO WITHDRAW ADMINISTRATIVE RECORD AND FOR LEAVE TO REFILE AN AMENDED ADMINISTRATIVE RECORD AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |

Counsel have jointly moved to have the Administrative Record withdrawn and request leave to file an Amended Administrative Record, ECF No. 32. Counsel for the plaintiff has moved for an order extending the date on which the plaintiff's reply brief is due until September 23, 2013, ECF No. 33.

IT IS ORDERED that:

1. the Joint Motion to Withdraw the Administrative Record and for Leave to Refile an Amended Administrative Record, ECF No. 32, is granted in part in that according to the District of Nebraska Clerk of the District Court's procedures under the directive of Chief Judge Laurie Smith Camp to maintain the integrity of the court dated February 8, 2013, the transcript cannot be withdrawn; however, the clerk shall strike and seal ECF Nos. 16 and 17 in accordance with NEGenR 1.3(1)(B)(i) ;

2. all copies of the Administrative Record, ECF Nos. 16 and 17, shall be returned to the defendant;

3. the defendant shall file an Amended Administrative Record on or before September 20, 2013;

4. the Unopposed Motion for Extension to File Reply Brief, ECF No. 33, is granted;

5. the plaintiff shall on or before September 30, 2013, file and serve her reply brief; and

2

6. the case shall be deemed to be submitted after the expiration of the time period specified in paragraph 6 above.

Dated September 13, 2013.

                                        BY THE COURT:

                                        _____
                                        Warren K. Urbom
                                        United States Senior District Court