IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA L. JONES, | ) | 8:12CV379 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before me on Plaintiff's Motion for Leave to Proceed in forma pauperis. (Filing No. 41.) The court entered Judgment against Plaintiff in this matter on March 13, 2014. (*See* Filing Nos. 39 and 40.) Before Judgment was entered, Plaintiff was represented by counsel and counsel has not withdrawn. (*See* Docket Sheet.) However, Plaintiff filed her Motion for Leave to Proceed in forma pauperis *pro se.* (Filing No. 41.)

    Liberally construed, Plaintiff's *pro se* Motion is a request for leave to appeal in forma pauperis. (*Id.*) Plaintiff has not filed a notice of appeal in this matter. (*Id.*; Docket Sheet.) Nevertheless, the court will liberally construe Plaintiff's Motion as a notice of appeal. Accordingly,

    IT IS ORDERED that:

    1.    Plaintiff's Motion for Leave to Proceed in forma pauperis on appeal (filing no. 41) is provisionally granted.

    2.    The Clerk of the court shall provide the Court of Appeals with a copy of this Memorandum and Order.

DATED this 21ˢᵗ day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.